# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIKA KINSEY, | ) | CASE NO. 5:21-cv-1627 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WATER FOR LIVING, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Counsel having advised the Court that the case has settled, this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before December 16, 2022.

The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994). This case hereby is closed.

**IT IS SO ORDERED**.

Dated: September 9, 2022

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**